**STATE of Missouri, Respondent,**

v.

**William WOODWARD, Appellant.**

**No. WD 47446.**

Missouri Court of Appeals,
Western District.

Nov. 30, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 1, 1994.

Application to Transfer Denied
March 22, 1994.

David S. Akers, Public Defender, Sedalia, for appellant.

Jeff Mittelhauser, Pros. Atty., Pettis County, Sedalia, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

## ORDER

PER CURIAM:

Defendant appeals his jury conviction for criminal nonsupport. We affirm the judgment of conviction. Rule 30.25(b).